Dismissed and Memorandum Opinion filed February 12, 2009








Dismissed
and Memorandum Opinion filed February 12, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00492-CV

____________

 

MICHAEL SOTELO, Appellant

 

V.

 

DUKE ENERGY FIELD SERVICES, L.P. AND DUKE ENERGY FIELD
SERVICES, L.L.C., Appellees

 



 

On Appeal from the
295th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-53627

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 10, 2008.  On February 6, 2009,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Frost, Brown, and Boyce.